OPINION — AG — ** SALARY — EXCISE BOARD ** THERE IS NO STATUTORY AUTHORITY FOR THE PAYMENT OF COMPENSATION TO PERSONS DESIGNATED BY COUNTY BOARDS OF EQUALIZATION, PURSUANT TO 68 O.S. 2459 [68-2459], TO PERSONALLY INSPECT PROPERTY AND REPORT IN WRITING TO THE BOARDS. (HIRE, SALARY, COMPENSATION, PROPERTY, TAXATION, BOARD OF EQUALIZATION INSPECT PROPERTY, LAND, PROPERTY) CITE: 68 O.S. 2407 [68-2407] 68 O.S. 2458 [68-2458], 68 O.S. 2459 [68-2459], OPINION NO. 80-032 (GUY L. HURST)